UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Cr. No. 12-30147

v.                                   Judge Unassigned

THADDEUS L. MCMICHAEL IV,

        Defendant.
_____/

**APPEARANCE**

To the Clerk of this Court and all parties of record:

      Enter my appearance as Counsel in the case for Defendant THADDEUS L. MCMICHAEL, IV.  I certify that I am admitted to practice in the Court.

                                                    Respectfully Submitted,

                                                    FEDERAL DEFENDER OFFICE
                                                   LEGAL AID & DEFENDER ASSN., INC.

                                                   s/Rhonda Brazile
                                                   Attorney for Defendant
                                                    613 Abbott, 5th Floor
                                                   Detroit, Michigan  48226
                                                   Phone: (313) 967-5542
                                                   E-mail: rhonda_brazile@fd.org

Date:  March 2, 2012