FOIA 8797975
WARCH 1239-0301-1900

AUSA Matthew Roth, 313-226-9100
Special Agent Ryan E. Blanton, 313-965-2323

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
THADDEUS LEWIS MCMICHAEL

Case: 2:12-mj-30147
Judge: Unassigned,
Filed: 02-29-2012 At 10:04 AM
USA V. MCMICHAEL (CMP)(MRM)

## ARREST WARRANT

FILED
MAR - 6 2012
CLERK'S OFFICE
DETROIT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THADDEUS LEWIS MCMICHAEL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
The receipt and possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(a)(5)(B).

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Date: February 29, 2012

MARK A. RANDON
*Issuing officer's signature*

City and state: Detroit, Michigan
BY: _____ Deputy
Mark A. Randon, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/29/2012, and the person was arrested on *(date)* 02/29/2012
at *(city and state)* SOUTHFIELD, MI.

Date: 02/29/2012

*Arresting officer's signature*
RYAN E. BLANTON, SPECIAL AGENT FBI
*Printed name and title*

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*