UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                      Case No.:  12-mj-30147
                                       Hon.

THADDEUS LEWIS MCMICHAEL

      Defendant.
_____/

| **MATTHEW A. ROTH (P58549)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 2055 Orchard Lake Road |
| Detroit, MI  48226 | Sylvan Lake, MI 48320 |
| (313) 226-9100 | (248) 338-7800 |

_____/

## APPEARANCE

**PLEASE TAKE NOTICE** that I have, on this date, entered my Appearance on behalf of the Defendant, THADDEUS LEWIS MCMICHAEL, in the above-captioned matter.

                        Respectfully Submitted,

                        /s/Judith S. Gracey
                        judithsgracey@aol.com
                        Judith S. Gracey (P39766)
                        Attorney for Defendant
                        2055 Orchard Lake Road
                        Sylvan Lake, MI 48320
                        (248) 338-7800

Dated: March 15, 2012