UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                               Case No.: 12-mj-30147
                                                     Hon.

THADDEUS LEWIS MCMICHAEL

      Defendant.
_____/

| **MATTHEW A. ROTH (P58549)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 2055 Orchard Lake Road |
| Detroit, MI 48226 | Sylvan Lake, MI 48320 |
| (313) 226-9100 | (248) 338-7800 |

_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2012, I electronically filed the Appearance and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   Matthew A. Roth.

                                                      /s/Judith S. Gracey
                                                      judithsgracey@aol.com
                                                      Judith S. Gracey (P39766)
                                                      Attorney for Defendant
                                                      2055 Orchard Lake Road
                                                      Sylvan Lake, MI 48320
                                                      (248) 338-7800

Date: March 15, 2012