₃/88)

# United States District Court
## for the
## Eastern District of Michigan



U.S.A. vs. **Thaddeus Lewis McMichael**             Docket No. 12-30147

### Petition for Action on Conditions of Pretrial Release

COMES NOW Simona Turner, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Thaddeus Lewis McMichael, who was placed under pretrial release supervision by the Honorable Mark A. Randon sitting in the court at Eastern District of Michigan, on 2/29/2012, under the following conditions:

The defendant is alleged to have violated Title 18 U.S.C. 2252A(a)(2)-Receipt of Child Pornography, and Title 18 U.S.C. 2252A(a)(5)-Possession of Child Pornography.

The defendant was released on a $10,000.00 Unsecured Bond with the conditions he report as directed to Pretrial Services, maintain or actively seek employment, travel restricted to the Eastern District of Michigan unless permission is given by Pretrial Services, avoid all contact with victims, witnesses, and no unsupervised contact with minors, participate in a mental health evaluation and treatment as directed by Pretrial Services, participate in sex offender treatment as directed by Pretrial Services, refrain from the possession of a firearm, submit to drug testing (test once, if negative, discontinue), do not tamper with drug testing, agree not to obtain, view or possess any sexually explicit material, will not have use of computers or connected devices at home or at employment, will not have access to the internet, will be required to permit the search of his vehicle, residence, etc to assist in ensuring compliance with these conditions, and participate in the location monitoring program with curfew as directed by Pretrial Services.

### Respectfully presenting petition for action of court and for cause as follows:

On April 6, 2012, writer was contacted by defendant's mental health provider at Sacred Heart in Madison Heights while he was in session with the defendant. The provider advised that the defendant's anxiety has heightened which includes suicidal ideations and a recent suicide attempt (sleeping pills and alcohol). Writer advised that the defendant must receive emergency services and the defendant refused. Eventually, the provider was able to convince the defendant to receive services and he followed the defendant to the nearest hospital (St. John's Macomb-Oakland Hospital), where the defendant is presently being assessed.

The defendant is also participating in sex offense therapy at Eastwood Clinic in Clinton Township. The provider at Eastwood Clinic has advised that the defendant is extremely psychotic and should be in custody.

Pretrial Services believes that the defendant is a risk of danger to himself and the community and therefore is requesting the court's immediate intervention. Assistant United States Attorney, Matthew Roth and Defense Counsel, Judith Gracey have been notified of this information. Mr. Roth is in agreement with Pretrial Services recommendation.

**PRAYING THAT THE COURT WILL ORDER** cancellation of the defendant's bond and a warrant be issued so that the Court may address his risk of harm to himself and others.

ORDER OF COURT

Considered and ordered this 6th day of April, 2012 and ordered filed and made a part of the records in the above case.

_____
Honorable Mona K. Majzoub
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/6/2012

_____
Simona Turner
United States Pretrial Services Officer

Place: Detroit, Michigan
Date: 4/6/2012