PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District Of Michigan
_____

|  | Docket No. |
|---|---|
| U.S.A. vs. Thaddeus Lewis McMichael | [0645 2:12-30147M]-[001] |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Roland Jonville                                    , pretrial services/probation officer, presenting an

official report upon the conduct of defendant   Thaddeus Lewis McMichael                                    ,

who was placed under pretrial release supervision by the   Honorable Mark A. Randon                    ,

sitting in the court at   Detroit                                    on the   29th   date of   February   ,   2012

under the following conditions:

Report as directed to Pretrial Services
Maintain or actively seek employment
Restrict travel to Eastern District of Michigan
Avoid all contact with victims, witnesses, and no unsupervised contact with minors
Participate in a mental health treatment program, as directed by Pretrial Services
Refrain from possession of a firearm
Drug testing and treatment, as directed by Pretrial Services
Do not tamper with drug testing
Do not obtain, view or possess any sexually explicit material
Do not use computers or connected devices at home or at employment
No internet access
Permit the search of vehicle and residence
Participate in location monitoring program with curfew as directed by Pretrial Services

FILED

2012 APR 19 A 9: 27

U.S. DIST COURT CLERK
EAST DIST MICHIGAN
DETROIT

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 6, 2012, U.S. Pretrial Services Officer Simona Turner submitted a Petition for Action on Conditions of Pretrial Release requesting a warrant for the arrest of the defendant after it was determined that he was having suicidal ideations and posed a danger to himself. Said request was subsequently signed by U.S. Magistrate Judge Majzoub in Your Honor's absence on the same day.

On April 6, 2012, the defendant was admitted into Providence Hospital's psychiatric unit. On April 18, 2012, the defendant was released from said program and directed to report to Pretrial Services the following day. On April 19, 2012, the defendant reported to Pretrial Services and discussed his recent commitment to Providence Hospital and advised that he will now enter a day program. His parents also reported with him and stated that since receiving medication and entering Providence's program, the defendant has been stabilized. This writer also spoke with him extensively and he appears stable and does not appear to pose any risk issues to himself nor the community. It should also be noted that the defendant will attend sex offender therapy as well as Providence's mental health day care program.

Pretrial Services does not believe the defendant currently poses a risk of non appearance nor danger to the community and would recommend that the warrant for his arrest issued on April 6, 2012 be quashed and his bond modified requiring him to attend the above noted day care program at least two days per week.

This matter has been discussed with the defendant's attorney, who is in agreement with the same. She has also spoken

with AUSA Roth's secretary, who advised she does not believe he will oppose the matter.  An attempt to reach AUSA Roth was unsuccessful as he is out of the office until 4-20-12.

PRAYING THAT THE COURT WILL quash the warrant for the defendant which was issued on April 6, 2012 and amend his bond requiring him to attend the Providence Hospital mental health day care program at least two days per week, as directed by Pretrial Services. The defendant is also to sign the necessary release of information forms so Pretrial Services can verify his attendance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4-19-12

_____
U.S. Pretrial Services/Probation Officer

**ORDER OF COURT**

Considered and ordered this   19th   day of

April , 2012   and ordered filed

and made a part of the records in the above case.

Place   Theodore Levin United States Courthouse
231 West Lafayette Boulevard , Suite 342
Detroit, MI 48226

Honorable Mark A. Randon _____
U.S. District Judge/Magistrate Judge