UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No.: 12-mj-30147
    Hon.

THADDEUS LEWIS MCMICHAEL

    Defendant.
_____/

| **MATTHEW A. ROTH (P58549)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 2055 Orchard Lake Road |
| Detroit, MI 48226 | Sylvan Lake, MI 48320 |
| (313) 226-9100 | (248) 338-7800 |

_____/

### MOTION TO ALLOW ATTORNEY JUDITH S. GRACEY TO WITHDRAW AS COUNSEL FOR DEFENDANT

NOW COMES Judith S. Gracey, Attorney for Defendant, and for her Motion to Withdraw as Defendant's counsel, states as follows:

1.    That Judith S. Gracey was retained to represent Defendant Thaddeus Lewis McMichael in the above-entitled matter.

2.    That there has been a breakdown in the attorney-client relationship to the extent that defense counsel is no longer able to represent Defendant Thaddeus Lewis McMichael.

3.    That factors have arisen in the above-entitled matter, which make it ethically impossible to adequately represent Defendant Thaddeus Lewis McMichael.

4.    That the Defendant continues to disregard the advice of his attorney and the Client refuses to cooperate with his attorney regarding his representation.

WHEREFORE Attorney Judith S. Gracey respectfully requests that this Honorable Court grant her Motion and allow her to withdraw as counsel for Defendant.

Respectfully Submitted,

/s/Judith S. Gracey\_\_\_\_
judithsgracey@aol.com
Judith S. Gracey (P39766)
Attorney for Defendant
2055 Orchard Lake Road
Sylvan Lake, MI 48320

Dated:  July 30, 2012              (248) 338-7800

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                      Case No.: 12-mj-30147
                                         Hon.

THADDEUS LEWIS MCMICHAEL

      Defendant.

_____/

| **MATTHEW A. ROTH (P58549)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 2055 Orchard Lake Road |
| Detroit, MI 48226 | Sylvan Lake, MI 48320 |
| (313) 226-9100 | (248) 338-7800 |

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2012, I electronically filed the Motion to Allow Attorney Judith S. Gracey to Withdraw as Counsel for Defendant and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   Matthew A. Roth.

                          Respectfully Submitted,

                          /s/Judith S. Gracey____
                          judithsgracey@aol.com
                          Judith S. Gracey (P39766)
                          Attorney for Defendant
                          2055 Orchard Lake Road
                          Sylvan Lake, MI 48320
                          (248) 338-7800

Dated: July 30, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Case No.:  12-mj-30147
                                          Hon.

THADDEUS LEWIS MCMICHAEL

        Defendant.
_____/

| **MATTHEW A. ROTH (P58549)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 2055 Orchard Lake Road |
| Detroit, MI  48226 | Sylvan Lake, MI 48320 |
| (313) 226-9100 | (248) 338-7800 |

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2012, I caused a copy of the Motion to Allow Attorney Judith S. Gracey to Withdraw as Counsel for Defendant and this Proof of Service to be served upon: Thaddeus Lewis McMichael, 18160 Kilbirnie Avenue, Lathrup Village, MI 48076, by placing same in a properly addressed, sealed envelope and depositing said envelope in the United States Mail in Sylvan Lake, Michigan, with postage fully prepaid thereon.

      I declare under the penalties of perjury that the foregoing statement is true and correct to the best of my information and belief.

                                          Respectfully Submitted,

                                          /s/Judith S. Gracey____
                                          judithsgracey@aol.com
                                          Judith S. Gracey (P39766)
                                          Attorney for Defendant
                                          2055 Orchard Lake Road
                                          Sylvan Lake, MI 48320
Dated: July 30, 2012                  (248) 338-7800