PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

FILED
CLERK'S OFFICE
JUL 3 0 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

U.S.A. vs. **Thaddeus McMichael**              Docket No. 12-30147

### Petition for Action on Conditions of Pretrial Release

COMES NOW Simona Turner, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Thaddeus McMichael</u>, who was placed under pretrial release supervision by the Honorable <u>Mark A. Randon</u> sitting in the court at <u>Detroit, Michigan</u>, on 2/29/2012, under the following conditions:

The defendant is alleged to have violated Title 18 U.S.C. 2252A(a)(2)-Receipt of Child Pornography, and Title 18 U.S.C. 2252A(a)(5)-Possession of Child Pornography.

The defendant was released on a $10,000.00 Unsecured Bond with the conditions he report as directed to Pretrial Services, maintain or actively seek employment, travel restricted to the Eastern District of Michigan unless permission is given by Pretrial Services, avoid all contact with victims, witnesses, and no unsupervised contact with minors, participate in a mental health evaluation and treatment as directed by Pretrial Services, participate in sex offender treatment as directed by Pretrial Services, refrain from the possession of a firearm, submit to drug testing (test once, if negative, discontinue), do not tamper with drug testing, agree not to obtain, view or possess any sexually explicit material, will not have use of computers or connected devices at home or at employment, will not have access to the internet, will be required to permit the search of his vehicle, residence, etc to assist in ensuring compliance with these conditions, and participate in the location monitoring program with curfew as directed by Pretrial Services.

### Respectfully presenting petition for action of court and for cause as follows:

On July 27, 2012, this writer was informed that the defendant had recently contacted the arresting FBI Agent and left messages stating he wanted the agent to kill him and referenced having a knife. The defendant left this writer voice mail messages around the same time frame stating that he hopes there isn't an overreaction to his message to the FBI. He also spoke of not taking his medication as prescribed, stating he cannot live without internet access. The defendant left this writer subsequent voice mail messages stating he felt better after eating and taking his medication. The Court should note that this isn't the first incident of the defendant bargaining to regain access to the internet. It is also not the first instance of the defendant contacting the FBI despite being advised against this. The defendant has asked this writer, and another Pretrial Officer, if threatening to harm himself would allow him access to the internet again.

Pretrial Services is requesting a Bond Review Hearing to determine if the defendant is a risk of danger to himself and/or the community. The defendant has been involved in several community based treatment programs since his release on bond, including outpatient and inpatient mental health treatment, as well as psychiatric treatment. These community based treatment programs have not resulted in consistent emotional stability, nor the ongoing reduction of risk of danger to himself or the community.

Please review the attached memos that demonstrate a history of the defendant's risk of danger to himself and/or the community.

Assistant United States Attorney, Matthew Roth, concurs with this request. Mr. Roth has also notified Defense Counsel, Judith Gracey, of the above information.

**PRAYING THAT THE COURT WILL ORDER A BOND REVIEW HEARING ON** ~~_____~~ 8/3/12 , 2012 AT ~~_____~~ 2:00 ~~A.M.~~/P.M.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |

Considered and ordered this __30th__ day of __July__, 20_12_ and ordered filed and made a part of the records in the above case.

Executed on 7/30/2012

_____
Honorable Mark A. Randon
United States Magistrate Judge

_Simona Turner_
Simona Turner
United States Pretrial Services Officer

Place: Detroit, Michigan
Date: 7/30/2012