UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                                Case No. 2:12–mj–30147–JU
                                                Hon. Unassigned

Thaddeus Lewis McMichael,

          Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of hearing on [16] MOTION for Withdrawal of Attorney Judith S. Gracey as to Thaddeus Lewis McMichael. **Motion Hearing set for 8/3/2012 02:00 PM before Magistrate Judge Mark A. Randon** (Miles, M)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 602.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/M Miles
                                                Case Manager

Dated: August 2, 2012