# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

*FILED*
*CLERK'S OFFICE*
*AUG 0 3 2012*
*U.S. DISTRICT COURT*
*EASTERN MICHIGAN*

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No.:  12-mj-30147

THADDEUS LEWIS MCMICHAEL

Defendant.

_____/

**MATTHEW A. ROTH (P58549)**
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI  48226
(313) 226-9100

**JUDITH S. GRACEY (P39766)**
Attorney for Defendant
2055 Orchard Lake Road
Sylvan Lake, MI 48320
(248) 338-7800

_____/

## ORDER TO ALLOW JUDITH S. GRACEY TO WITHDRAW AS COUNSEL FOR DEFENDANT

This cause having come before the Court for a hearing on August 3, 2012, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Motion to Allow Judith S. Gracey To Withdraw As Counsel For Defendant is HEREBY GRANTED.

MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  _8/3/12_