UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

    v.

D-1 THADDEUS LEWIS McMICHAEL,

    Defendant.
_____/

CASE NO. 12-mj-30147

HON. LAURIE J. MICHELSON

### ORDER TO ADMIT DR. CHARLES CLARK INTO THE WAYNE COUNT JAIL TO CONDUCT A PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

On August 14, 2012, the Honorable David R. Grand ordered a psychiatric or psychological examination of the Defendant to determine Defendant's competency. [Dkt# 23]. Dr. Charles Clark has been selected to conduct the examination. Defendant is currently housed at the Wayne County Jail.

**IT IS ORDERED** that Dr. Charles Clark be allowed access to Defendant, at the Wayne County Jail, for the purposes of conducting a psychiatric or psychological examination.

**IT IS SO ORDERED.**

_____
LAURIE J. MICHELSON
UNITED STATES MAGISTRATE JUDGE

Date Entered: 9/4/12