AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-MJ-30147 |
| Thaddeus Lewis McMichael | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thaddeus Lewis McMichael

Date:   09/10/2012

s/Lisa Dwyer
*Attorney's signature*

Lisa Dwyer ( P47961)
*Printed name and bar number*

710 N. Crooks Road
Clawson, Michigan 48017

*Address*

dwyer1247@aol.com
*E-mail address*

(248) 435-8539
*Telephone number*

(248) 435-2350
*FAX number*