UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:12–mj–30147–JU
                                         Hon. Unassigned

Thaddeus Lewis McMichael,

                Defendant(s),

_____

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Thaddeus Lewis McMichael

    The defendant(s) shall appear before Magistrate Judge Mark A. Randon at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room Duty Court, Detroit, Michigan, for the following proceeding(s):

- COMPETENCY HEARING:  October 24, 2012 at 02:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: <u>s/M Miles</u>
                                                            Case Manager

Dated:  October 17, 2012