UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

       Plaintiff,                      CRIMINAL NO. 12-30147

v.

THADDEUS LEWIS McMICHAEL,

       Defendant.

_____/

**ORDER ADJOURNING PRELIMINARY EXAMINATION**

This matter coming before the Court on the stipulation of the parties, and the same having been placed on the record in Court on March 4, 2013 with the defendant's express verbal consent, it is hereby

**ORDERED** that good cause exists to extend the Preliminary Examination in this case, scheduled for March 4, 2013 to March 18, 2013. *See* Fed. R. Crim. P. 5.1(d).

**ORDERED** that the order of detention, dated October 24, 2012, remains in full force and effect.

**ORDERED** that the criminal complaint, dated February 29, 2012, remains in full force and effect.

**ORDERED** that the period from March 4, 2013 to March 18, 2013 shall be excluded from computing the time within which an information or indictment must be filed because the parties are engaged in plea negotiations and because the ends of justice served by such continuance outweigh the interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7).

                                              **IT IS SO ORDERED.**

                                              **S/David R. Grand**

Entered: March 6, 2013                    UNITED STATES MAGISTRATE JUDGE