UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Plaintiff,

CRIMINAL NO. 12-30147

vs.

HONORABLE _____

Thaddeus McMichael

MAGISTRATE JUDGE MARK A. RANDON

Defendant.
_____/

## ORDER REINSTATING AND CONTINUING BOND

**IT IS ORDERED** that the bond earlier furnished in Criminal No. 12-30147 is hereby reinstated and bond is continued in the amount of: 10,000 unsecured

- ☐ Personal Bond _____
- ☐ Cash/Surety _____
- ☐ 10% Cash Bond _____
- ☐ **PERSONAL RECOGNIZANCE**
- ☐ The special conditions of the original bond shall remain in effect
- ☐ The original special conditions of the bond are modified as follows:

| Stay with father |
| No internet or computer usage |
| remain current w/ medication |
| no contact w/ minors, no contact with PTS unless requested |

FILED MAR 18 2013 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

I acknowledge that I am the defendant in this case and that I am aware of the *original/modified* conditions of release.

_____
Defendant

DATED: 3-18-13
Detroit, Michigan

_____
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE