UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                                CRIMINAL NO. 12-30147

v.

THADDEUS LEWIS McMICHAEL,

        Defendants.

_____/

**STIPULATION TO ADJOURN PRELIMINARY EXAM**

        The United States of America and Defendant THADDEUS LEWIS McMICHAEL agree that there is good cause to adjourn the Preliminary Exam in this case, now scheduled for May 9, 2013 to May 22, 2013. *See* Fed. R. Crim. P. 5.1(d).  This extension of time is necessary to allow the parties to investigate the facts of this case further and engage in plea negotiations.  Defendant concurs in this request and agrees that it is in his best interest.

        The parties stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release. The parties also stipulate and agree that the criminal complaint dated February 29, 2012 shall remain in full force and effect until May 22, 2013.

        The parties further stipulate that the period from May 9, 2013 to May 22, 2013 should be excluded from computing the time within which an information or indictment must be filed because the parties are engaged in plea negotiations, 18 U.S.C. § 3161(h)(1), and because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7).

s/ SARA D. WOODWARD  
Assistant United States Attorney  
211 West Fort Street, Suite 2001  
Detroit, MI 48226  
sara.woodward@usdoj.gov  
(313) 226-9180  

s/ LISA DWYER  
Counsel for Defendant  
710 N Crooks Road  
Clawson, MI  
dwyerl247@aol.com  
(248) 4358539  

May 8, 2013

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,

        Plaintiff,                        CRIMINAL NO. 12-30147

v.

THADDEUS LEWIS McMICHAEL,

        Defendants.
_____/

**ORDER ADJOURNING PRELIMINARY EXAMINATION**

This matter coming before the Court on the stipulation of the parties, with the defendant's express verbal consent, it is hereby:

**ORDERED** that good cause exists to extend the Preliminary Examination in this case, scheduled for May 9, 2013 to May 22, 2013. *See* Fed. R. Crim. P. 5.1(d).

**ORDERED** that the order of detention, dated October 24, 2012, remains in full force and effect.

**ORDERED** that the criminal complaint, dated February 29, 2012, remains in full force and effect.

**ORDERED** that the period from May 9, 2013 to May 22, 2013 shall be excluded from computing the time within which an information or indictment must be filed because the parties are engaged in plea negotiations and because the ends of justice served by such continuance outweigh the interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7).

                                                                   **IT IS SO ORDERED.**

Dated: May 13, 2013                                                          R. Steven Whalen

United States Magistrate Judge