(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Thaddeus Lewis McMichael**                                         Docket No. 12-30147

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Simona Turner, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Thaddeus Lewis McMichael</u>, who was placed under pretrial release supervision by the Honorable <u>Mark A. Randon</u> sitting in the court at <u>Eastern District of Michigan</u>, on <u>2/29/2012</u>, under the following conditions:

The defendant is alleged to have violated Title 18 U.S.C. 2252A(a)(2)-Receipt of Child Pornography, and Title 18 U.S.C. 2252A(a)(5)-Possession of Child Pornography.

The defendant was released on a $10,000.00 Unsecured Bond with the conditions he report as directed to Pretrial Services, maintain or actively seek employment, travel restricted to the Eastern District of Michigan unless permission is given by Pretrial Services, avoid all contact with victims, witnesses, and no unsupervised contact with minors, participate in a mental health evaluation and treatment as directed by Pretrial Services, participate in sex offender treatment as directed by Pretrial Services, refrain from the possession of a firearm, submit to drug testing (test once, if negative, discontinue), do not tamper with drug testing, agree not to obtain, view or possess any sexually explicit material, will not have use of computers or connected devices at home or at employment, will not have access to the internet, will be required to permit the search of his vehicle, residence, etc to assist in ensuring compliance with these conditions, and participate in the location monitoring program with curfew as directed by Pretrial Services.

On August 3, 2012, Your Honor revoked the defendant's bond. On March 18, 2013, the defendant's bond was reinstated. He was released on the bond conditions noted above and the added conditions that he stay with his father, remain current with medication and have no contact with Pretrial Services unless requested.

FILED
CLERK'S OFFICE
JUN 0 5 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Respectfully presenting petition for action of court and for cause as follows:

On June 5, 2013, Pretrial Services received information from the Federal Bureau of Investigation which revealed the defendant has accessed the internet and posted comments via Youtube.com; twitter.com; and giantbomb.com (see attached documents). The date of the internet postings were on May 16, 2013. The Federal Bureau of Investigation has also advised the United States Attorney's Office of this information. Pretrial Services is requesting an emergency Bond Review Hearing to address these allegations.

**PRAYING THAT THE COURT WILL ORDER** schedule a Bond Review Hearing on_____, 2013, a.m./p.m.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 5th day of June, 2013 and ordered filed and made a part of the records in the above case. | |
| /s/ Mark A. Randon | /s/ Simona Turner |
| Honorable Mark A. Randon | Simona Turner |
| United States Magistrate Judge | United States Pretrial Services Officer |

Place: Detroit, Michigan

Date: June 5, 2013