UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                     Case No. 2:12−mj−30147−DUTY
                                        Hon. Unassigned

Thaddeus Lewis McMichael,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Thaddeus Lewis McMichael

The defendant(s) shall appear before Magistrate Judge Mark A. Randon at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL RELEASE VIOLATION HEARING:  June 7, 2013 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/E. Butts
                                                           Case Manager

Dated:  June 6, 2013